# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Connecticut General Life Insurance Company, et al.

v.

Northwest Regional Surgery Center, LLC, et al

Cause No. 2:15-cv-00253

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Connecticut General Life Insurance Company, et al.

Party(s) Represented

Prefix (check one)   ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Tishyevich    First Name: Dmitriy    Middle Name/Initial:

Generation (Sr, Jr, etc):

Firm Name: Kirkland & Ellis LLP

Street Address: 601 Lexington Avenue    Suite/Room No.:

City: New York    State: New York    Zip: 10022

Office Telephone No.: (212) 446-6453    Fax No.: (212) 446-6460

E-Mail Address: dmitriy.tishyevich@kirkland.com

**EDUCATION:**

College: University of California at Berkeley    Degree: Bachelor of Arts    Year Completed: 2006

Law School: Harvard Law School    Year Graduated: 2010

Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| California | 2011 | Active | 275766 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| US District Court, DCO | 2015 | Active |
| US Court of Appeals, Seventh Circuit | 2014 | Active |
| US District Court, SDCA | 2012 | Active |
| US District Court, EDCA | 2011 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Dmitriy Tishyevich, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: July 28, 2015

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____  _____
                                                                                                Judge, U. S. District Court

THE STATE BAR
OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 15, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DMITRIY G. TISHYEVICH, #275766 was admitted to the practice of law in this state by the Supreme Court of California on April 20, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 15 day of July, 2015, by Kathan Lambert

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

(Seal)
T. LEWIS
Commission # 1948056
Notary Public - California
San Francisco County
My Comm. Expires Aug 13, 2015

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records