RECEIPT NO. _____  (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Connecticut General Life Insurance Company, et al.

v.

Northwest Regional Surgery Center, LLC, et al

Cause No. 2:15-cv-00253

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Connecticut General Life Insurance Company, et al.

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Tishyevich
First Name: Dmitriy
Middle Name/Initial:
Generation (Sr, Jr, etc):

Firm Name: Kirkland & Ellis LLP
Street Address: 601 Lexington Avenue
Suite/Room No.:
City: New York
State: New York
Zip: 10022
Office Telephone No.: (212) 446-6453
Fax No.: (212) 446-6460
E-Mail Address: dmitriy.tishyevich@kirkland.com

**EDUCATION:**

College: University of California at Berkeley   Degree: Bachelor of Arts   Year Completed: 2006
Law School: Harvard Law School   Year Graduated: 2010
Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| California | 2011 | Active | 275766 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| US District Court, DCO | 2015 | Active |
| US Court of Appeals, Seventh Circuit | 2014 | Active |
| US District Court, SDCA | 2012 | Active |
| US District Court, EDCA | 2011 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, **Dmitriy Tishyevich**, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: July 28, 2015

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: JUL 3 0 2015
07/30/2015

S/Paul R. Cherry

Judge, U. S. District Court

**MAGISTRATE JUDGE**

Revised 06/05/2013