UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**APPEARANCE**

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:15-cv-00253-JD-PRC |
| NORTHWEST REGIONAL SURGERY CENTER, LLC, ADVANCED REGIONAL SURGERY CENTER LLC, CARMEL SPECIALTY SURGERY CENTER LLC, COLUMBUS SPECIALTY SURGERY CENTER LLC, INDIANA SPECIALTY SURGERY CENTER LLC, METRO SPECIALTY SURGERY CENTER LLC, MIDWEST SPECIALTY SURGERY CENTER LLC, MUNSTER SPECIALTY SURGERY CENTER LLC, RIVERVIEW SURGERY CENTER LLC, SOUTH BEND SPECIALTY SURGERY CENTER LLC, SYCAMORE SPRINGS SURGERY CENTER LLC, SURGICAL CENTER DEVELOPMENT,, INC. D/B/A SURGCENTER DEVELOPMENT, SURGICAL CENTER DEVELOPMENT #3 LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

To the Clerk of this court and all parties of record:

      I, the below-signed, state that I have read the Standards of Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83-5(e) and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

      Enter my appearance as counsel in this case for the following Defendants:

      Northwest Regional Surgery Center, LLC
      Advanced Regional Surgery Center LLC
      Carmel Specialty Surgery Center LLC
      Columbus Specialty Surgery Center LLC
      Indiana Specialty Surgery Center LLC
      Metro Specialty Surgery Center LLC
      Midwest Specialty Surgery Center LLC
      Munster Specialty Surgery Center LLC

      Riverview Surgery Center LLC
      South Bend Specialty Surgery Center LLC
      Sycamore Springs Surgery Center LLC
      Surgical Center Development, Inc. d/b/a Surgcenter Development
      Surgical Center Development #3LLC

Date:  August 3, 2015

                                      BARNES & THORNBURG LLP


                                      By  /s/  Brian E. Casey
                                          Brian E. Casey (23263-71)
                                         *brian.casey@btlaw.com*
                                      700 1st Source Bank Center
                                      100 North Michigan Street
                                      South Bend, Indiana  46601-1632
                                      Telephone:  (574) 233-1171
                                      Facsimile:   (574) 237-1125

                                      ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Daniel K. Ryan | Joshua B. Simon (PHV) |
| Hinshaw & Culbertson LLP | Warren Haskel (PHV) |
| 222 North LaSalle Street, Suite 300 | Kirkland & Ellis LLP |
| Chicago, IL  60601-1081 | 601 Lexington Avenue |
|   Attorney for Plaintiffs | New York, NY  10016 |
| |   Attorneys for Plaintiffs |


                                      BARNES & THORNBURG LLP


                                      By  /s/  Brian E. Casey