IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY<br><br>           **PLAINTIFFS,**<br><br>V.<br><br>NORTHWEST REGIONAL SURGERY CENTER, LLC, ADVANCED REGIONAL SURGERY CENTER LLC, CARMEL SPECIALTY SURGERY CENTER LLC, COLUMBUS SPECIALTY SURGERY CENTER LLC, INDIANA SPECIALTY SURGERY CENTER LLC, METRO SPECIALTY SURGERY CENTER LLC, MIDWEST SPECIALTY SURGERY CENTER LLC, MUNSTER SPECIALTY SURGERY CENTER LLC, RIVERVIEW SURGERY CENTER LLC, SOUTH BEND SPECIALTY SURGERY CENTER LLC, SYCAMORE SPRINGS SURGERY CENTER LLC, SURGICAL CENTER DEVELOPMENT, INC. D/B/A SURGCENTER DEVELOPMENT, SURGICAL CENTER DEVELOPMENT #3 LLC<br><br>           **DEFENDANTS.** | **Civil Action No.: 2:15-cv-253-JD-PRC** |

131179352v1 0974595

## NOTICE OF FILING

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT on October 5, 2015, we caused to be filed with United States District Court for the Northern District of Indiana, the attached **Plaintiffs' First Amended Complaint,** a copy of which is attached hereto and herewith served upon you.

DATED this 5th day of October, 2015          Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ *Daniel K. Ryan*
Daniel K. Ryan

| | |
|---|---|
| Joshua B. Simon | Daniel K. Ryan |
| Warren Haskel | HINSHAW & CULBERTSON LLP |
| Dmitriy Tishyevich | 222 North LaSalle Street, Suite 300 |
| (*All admitted pro hac vice*) | Chicago, IL 60601-1081 |
| KIRKLAND & ELLIS LLP | Telephone: 312-704-3000 |
| 601 Lexington Avenue | Facsimile: 312-704-3001 |
| New York, NY 10016 | dryan@hinshawlaw.com |
| jsimon@kirkland.com | |
| whaskel@kirkland.com | |
| dmitriy.tishyevich@kirkland.com | |
| Tel: 212-446-4800 | |
| Fax 212-446-4900 | |

*Counsel for Plaintiffs*

## PROOF OF SERVICE

I, the undersigned attorney, certify that I filed this Notice of Filing and documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to the **counsel of record** on October 5, 2015.

/s/ Daniel K. Ryan

2