UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>    Plaintiffs<br><br>v.<br><br>NORTHWEST REGIONAL SURGERY CENTER, LLC., ADVANCED REGIONAL SURGERY CENTER, LLC., CARMEL SPECIALTY SURGERY CENTER, LLC., COLUMBUS SPECIALITY SURGERY CENTER, LLC., INDIANA SPECIALTY SURGERY CENTER, LLC., METRO SPECIALTY SURGERY CENTER LLC, MIDWEST SPECIALTY SURGERY CENTER, MUNSTER SPECIALTY SURGERY CENTER, REVIERVIEW SURGERY CENTER LLC., SOUTH BEND SPECIALTY SURGERY CENTER, LLC., SYCAMORE SPRINGS SURGERY CENTER, LLC, et al<br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CAUSE NO.: 2:15-CV-253 |

## NOTICE OF RULE 16 PRELIMINARY PRETRIAL CONFERENCE

In accordance with Federal Rule of Civil Procedure 16, this cause is now set for a **Telephonic Preliminary Pretrial Conference on November 24, 2015 at 10:15 a.m Chicago/Hammond time)**, before the Honorable Paul R. Cherry, United States Magistrate Judge.

The Court will contact all counsel of record at the telephone number listed on the Court's docket. Parties may notify the Court's case manager via email at sue_brown@innd.uscourts.gov of any change in telephone number within 48 hours in advance of the conference.

**At the conference counsel shall be prepared to address the following:**

**1.  A proposed Discovery Plan under Federal Rule of Civil Procedure 26(f) to be filed no later than five (5) business days prior to the pretrial conference.**  Counsel are directed to the court's website, *www.innd.uscourts.gov*, "Info/Forms", "Forms" under "Quick links"  for a suitable form of report and discovery plan ("Rpt of Parties' Planning Meeting").  At the conference the court will address those topics listed at Rule 16(b) and (c).  Failure to timely file the report and proposed discovery plan may result in the imposition of sanctions in accordance with Rule 16(f).  At the conference, it is anticipated that the court will approve or modify the Report of Parties' Planning Meeting and set an appropriate case management schedule.

**2. Consideration of the various forms of Alternative Dispute Resolution ("ADR"), including mediation.**  If mediation is selected, the parties shall identify the mediator and in the event counsel cannot agree on a mediator then the court will make the selection.  Counsel may review the list of mediators located on the court's website under *Info/Forms*, prior to the preliminary pretrial conference.

ENTERED this 9th day of October, 2015.

s/ Paul R. Cherry_____
United States Magistrate Judge
