UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:15-CV-253-JD-PRC |
| NORTHWEST REGIONAL SURGERY CENTER, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Northern District of Indiana Local Rule 72-1, a District Court Judge may refer a dispositive matter to a Magistrate Judge for a Report and Recommendation. Accordingly, the Court now **REFERS** the Motion to Dismiss [DE 44] to Magistrate Judge Paul Cherry for preparation of a Report and Recommendation. The Court's review of the Magistrate Judge's Report and Recommendation will be governed by 28 U.S.C. § 636(b)(1)(C).

SO ORDERED.

ENTERED: October 11, 2016

　　　　　　　　　　　　　　　　　　　　/s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　United States District Court