# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>PLAINTIFFS,<br><br>v.<br><br>NORTHWEST REGIONAL SURGERY CENTER, LLC, ADVANCED REGIONAL SURGERY CENTER LLC, CARMEL SPECIALTY SURGERY CENTER LLC, COLUMBUS SPECIALTY SURGERY CENTER LLC, INDIANA SPECIALTY SURGERY CENTER LLC, METRO SPECIALTY SURGERY CENTER LLC, MIDWEST SPECIALTY SURGERY CENTER LLC, MUNSTER SPECIALTY SURGERY CENTER, LLC, RIVERVIEW SURGERY CENTER LLC, SOUTH BEND SPECIALTY SURGERY CENTER LLC, SYCAMORE SPRINGS SURGERY CENTER LLC, SURGICAL CENTER DEVELOPMENT, INC. D/B/A SURGCENTER DEVELOPMENT, SURGICAL CENTER DEVELOPMENT #3 LLC<br><br>DEFENDANTS. | Civil Action No.: 2:15-cv-253-JD-PRC |

## NOTICE OF SETTLEMENT

NOW COME the parties hereto, by and through the below signed counsel, and hereby advise the Court that the parties have reached a settlement in principle as to all claims asserted herein. The parties are in the process of preparing the related paper work, and anticipate submitting the appropriate stipulation of dismissal within sixty (60) days.

DATED this 9th day of December, 2016        Respectfully submitted,

                                                             HINSHAW & CULBERTSON LLP

                                                             /s/ *Daniel K. Ryan*

| | |
|---|---|
| Joshua B. Simon | Daniel K. Ryan |
| Warren Haskel | Peter E. Pederson |
| Dmitriy Tishyevich | HINSHAW & CULBERTSON LLP |
|   (*All admitted pro hac vice*) | 222 North LaSalle Street, Suite 300 |
| KIRKLAND & ELLIS LLP | Chicago, IL 60601-1081 |
| 601 Lexington Avenue | Telephone:  312-704-3000 |
| New York, NY 10016 | Facsimile:  312-704-3001 |
| jsimon@kirkland.com | dryan@hinshawlaw.com |
| whaskel@kirkland.com | ppederson@hinshalaw.com |
| dmitriy.tishyevich@kirkland.com | |
| Tel:  212-446-4800 | |
| Fax  212-446-4900 | BARNES & THORNBURG LLP |

*Counsel for Plaintiffs*                          /s/ Brian Casey

                                                           Brian Casey
                                                           BARNES & THORNBURG LLP
                                                           700 1st Source Bank Center
                                                           100 North Michigan
                                                           South Bend, Indiana  46601-1632
                                                           Telephone:  574-237-1285
                                                           Facsimile:  574-237-1125
                                                           brian.casey@btlaw.com

                                                           *Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on December 9, 2016, he e-filed this document through the Court's CM/ECF system, which will cause a notification of such filing to be sent to all counsel of record identified below.

s/ Daniel K. Ryan

131569896v1 0974595