## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>PLAINTIFFS,<br><br>v.<br><br>NORTHWEST REGIONAL SURGERY CENTER, LLC, ADVANCED REGIONAL SURGERY CENTER LLC, CARMEL SPECIALTY SURGERY CENTER LLC, COLUMBUS SPECIALTY SURGERY CENTER LLC, INDIANA SPECIALTY SURGERY CENTER LLC, METRO SPECIALTY SURGERY CENTER LLC, MIDWEST SPECIALTY SURGERY CENTER LLC, MUNSTER SPECIALTY SURGERY CENTER, LLC, RIVERVIEW SURGERY CENTER LLC, SOUTH BEND SPECIALTY SURGERY CENTER LLC, SYCAMORE SPRINGS SURGERY CENTER LLC, SURGICAL CENTER DEVELOPMENT, INC. D/B/A SURGCENTER DEVELOPMENT, SURGICAL CENTER DEVELOPMENT #3 LLC<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 2:15-cv-253-JD-PRC |

## JOINT STIPULATION TO DISMISSAL OF ACTION

It is stipulated and agreed by Plaintiffs and Defendants (together, the "Parties"), by and through their respective counsel, pursuant to this Court's Order of January 10, 2017 (ECF No. 58), that Plaintiffs' claims (Dkt. No. 37) against Defendants are dismissed with prejudice, and that this case is hereby dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41. Each Party will bear its own costs and attorneys' fees.

DATED this 1st day of February, 2017

Respectfully submitted,


*s/ Daniel K. Ryan*                              *s/ Brian E. Casey*
Daniel K. Ryan                                   Brian E. Casey
Peter E. Pederson                                Kelly J. Hartzler
HINSHAW & CULBERTSON LLP                         BARNES & THORNBURG LLP
222 North LaSalle Street, Suite 300              700 1st Source Bank Center
Chicago, IL 60601-1081                           100 North Michigan Street
Telephone:  312-704-3000                         South Bend, Indiana 46601-1632
Facsimile:  312-704-3001                         Telephone: (574) 233-1171
dryan@hinshawlaw.com                             Facsimile: (574) 296-2535
ppederson@hinshalaw.com                          brian.casey@btlaw.com
                                                 kelly.hartzler@btlaw.com
Joshua B. Simon
Warren Haskel                                    Alice J. Springer
Dmitriy Tishyevich                               121 W. Franklin, Suite 200
(*All admitted pro hac vice*)                    Elkhart, Indiana 46516-3200
KIRKLAND & ELLIS LLP                             Telephone: (574) 293-0681
601 Lexington Avenue                             Facsimile: (574) 296-2535
New York, NY 10022-6101                          alice.springer@btlaw.com
Tel:  212-446-4800
Fax  212-446-4900                                *Counsel for Defendants*
jsimon@kirkland.com
whaskel@kirkland.com
dmitriy.tishyevich@kirkland.com

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on February 1, 2017, he e-filed this document through the Court's CM/ECF system, which will cause a notification of such filing to be sent to all counsel of record identified below.

s/ Daniel K. Ryan